UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

MICHAEL HERBERT (#263630)                                   CIVIL ACTION

VERSUS

DARREL VANNOY, ET AL.                                   NO. 20-00616-BAJ-SDJ

RULING AND ORDER

Before the Court is Petitioner's **Petition Under 28 U.S.C. § 2254 For Writ Of Habeas Corpus By A Person In State Custody (Doc. 1)**. The Petition is opposed. (Doc. 10).

On September 14, 2023, the Magistrate Judge issued a **Report and Recommendation (Doc. 17, the "Report")**, recommending that Petitioner's challenge to certain statements admitted at trial do not establish a colorable federal claim for relief; that Plaintiffs' remaining claims of insufficiency of evidence supporting his conviction, prosecutorial misconduct, and ineffective assistance of trial and appellate counsel fail on the merits; that the Petition be dismissed with prejudice, and that the Court deny Petitioner a certificate of appealability. Petitioner objects. (Doc. 19). There is no need for oral argument or an evidentiary hearing.

Upon *de novo* review, and having carefully considered the Petition, the State's opposition, the state court record, Petitioner's objections, and related pleadings, the Court **APPROVES** the Magistrate Judge's Report and **ADOPTS** it as the Court's opinion in this matter.

Accordingly,

**IT IS ORDERED** that Petitioner's **Petition Under 28 U.S.C. § 2254 For Writ Of Habeas Corpus By A Person In State Custody (Doc. 1)** be and is hereby **DENIED.**

**IT IS FURTHER ORDERED** that the above-captioned action be and is hereby **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that, in the event Petitioner pursues an appeal in this case, a certificate of appealability be and is hereby **DENIED** because reasonable jurists would not debate the denial of Petitioner's Petition or the correctness of the Court's substantive rulings.

Judgement shall be entered separately.

Baton Rouge, Louisiana, this 29th day of September, 2023

_____
**JUDGE BRIAN A. JACKSON**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**